Date signed November 17, 2010



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   10–28375 – DK   Chapter:   13

Kathy Lynn Gibson–Holland
25261 Kent Street
Greensboro, MD 21639

### NOTICE OF NON–PAYMENT OF INSTALLMENT(S)
### AND OPPORTUNITY FOR HEARING ON
### WHETHER CASE SHOULD BE DISMISSED

Installments of filing fees that are due in accordance with Debtor(s)' application and an Order of this Court are unpaid and overdue, as follows:

| Due Date | Amount |
|---|---|
| 9/13/2010 | $68.50 |
| 10/12/2010 | $68.50 |
| 11/10/2010 | $68.50 |

NOTICE IS HEREBY GIVEN THAT UNLESS PAYMENT OF THE OVERDUE FILING FEE INSTALLMENT(S) IS RECEIVED BY THE CLERK OF THE COURT, OR A REQUEST FOR HEARING IS FILED BY THE DEBTOR OR BY A PARTY–IN–INTEREST, WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF THIS NOTICE, THE COURT MAY DISMISS THIS CASE FOR CAUSE, WITHOUT FURTHER NOTICE OR HEARING.

cc:   Debtor(s)
      Attorney for Debtor(s) – PRO SE
      Chapter 13 Trustee – Ellen W. Cosby
      Finance

**NOTE:** Pursuant to Local Bankruptcy Rule 1006–1(a), the Clerk will only accept payment from Debtor(s) in the form of cash, cashier's check, certified check, negotiable money order, or a check drawn on the account of Debtor(s)' attorney of record.

**23.01** – *yoliver*

## End of Order